**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00494 |
| | § | |
| DENNIS SKIADOPOULOS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/08/2014. The undersigned trustee was appointed on 01/08/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $5,601.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $1,115.10 |
    | Bank service fees | $48.93 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $3,900.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $536.97 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/17/2014 and the deadline for filing government claims was 12/17/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $425.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $425.25, for a total compensation of $425.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $2.76, for total expenses of $2.76.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/30/2015      By:   /s/ David P. Leibowitz
                            Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Date Filed (f) or Converted (c): | 01/08/2014 (f) |
| For the Period Ending: | 6/30/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 12/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Location: 14738 Lakeview Drive, Orland Park IL 60462 Said real estate in foreclosure and amount of secured claim is debtor's best estimate. | $146,000.00 | $0.00 | | $0.00 | FA |
| 2 Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 3 Checking account with Chase Bank Chicago, IL Said account subject to garnishment by creditor: Zepole Restaurant Supply Company | $0.00 | $0.00 | | $0.00 | FA |
| 4 Misc. Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 5 Misc. wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 6 Bulova Watch | $300.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Date Filed (f) or Converted (c): | 01/08/2014 (f) |
| For the Period Ending: | 6/30/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 12/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 7 | 100% memebership interest in BJC Group LLC., Illinois Limited Liability Company utilized by debtor as manager and investor in restaurant business. Said entity has the following investor interest: A. 5% in Burger Joint Chicago Bar & Grill, LLC; B. 100% in Burger Joint Franklin, LLC.; C. 100% in Burger Joint Chicago, LLC. All said entities are Illinois Limited Liability Companies. Only Burger Joint Chicago Bar & Grill, LLC remains operating and is debtor's employer. Debtor estimates his interset in BJC Group, LLC has no value as said entity owns no assets, other than having the aforesaid membership interest. As noted above, only Burger Joint Chicago Bar & Grill remains operating, in which debtor's BJC Group LLC, has a 5% interest, which said Burger Joint Chicago Bar & Grill has outstanding liabilites that exceed its asset value, which essentially amounts to used restaurant equipment. Said Burger Joint Chicago Bar & Grill operates at 500 W. Madison, Chicago, Illinois. Debtor employed by B | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 2012 Ducati Monstor Motorcycle | $3,900.00 | $0.00 | | $5,601.00 | FA |
| 9 | 2003 Kawasaki Z1000 Motorcycle approx. 26,000 miles | $450.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                    **Gross Value of Remaining Assets**

                        $151,400.00                        $0.00                                                                $5,601.00                          $0.00

**Major Activities affecting case closing:**
10/15/2014    FILE REPORT OF SALE

**FORM 1**

Page No: 3

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Date Filed (f) or Converted (c): | 01/08/2014 (f) |
| For the Period Ending: | 6/30/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 12/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/19/2014 | 341 - Need to see balance sheet/tax returns and any operating agreement for the burger joint, 2012 Ducage located in Scotts dale AZ, DPL wants the keys. Address on Tape. DPL would like to pick up and sale. |
| | First Avenue and Adams - will open up reasturant |
| | Want to do 2004 Exam on Haggerty (500 W. Madison) |
| | Do a 2004 exam in Arizona to inspect property to check equiptment |
| 05/08/2014 | Continued to 5/29/14 for time to review case and make a determination. |
| 03/27/2014 | Status - 4/29 |
| 03/06/2014 | Dennis Skiadopoulos 708-516-8899 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2015 | DAVID LEIBOWITZ | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2157 | Checking Acct #: | ******9401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/8/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2014 | (8) | BKASSETS.COM, LLC | Sell of Motorcycle | 1129-000 | $5,601.00 | | $5,601.00 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.08 | $5,596.92 |
| 10/16/2014 | 3001 | BKASSETS.COM LLC | Commission due on the sale of Ducati Motorcycle and pursuant to order entered 9/11/14 Docket No. 43 | 3610-000 | | $1,115.10 | $4,481.82 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.44 | $4,472.38 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.51 | $4,465.87 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.20 | $4,458.67 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.42 | $4,451.25 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.48 | $4,444.77 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.94 | $4,437.83 |
| 04/08/2015 | 3002 | DENNIS SKIADOPOULOS | Exemption Claimed by Debtor for 2012 Ducati Motorcycle | 8100-002 | | $3,900.00 | $537.83 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.86 | $536.97 |
| | | | **TOTALS:** | | $5,601.00 | $5,064.03 | $536.97 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,601.00 | $5,064.03 | |
| | | | Less: Payments to debtors | | $0.00 | $3,900.00 | |
| | | | **Net** | | $5,601.00 | $1,164.03 | |

| For the period of 1/8/2014 to 6/30/2015 | | For the entire history of the account between 09/15/2014 to 6/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,601.00 | Total Compensable Receipts: | $5,601.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,601.00 | Total Comp/Non Comp Receipts: | $5,601.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,164.03 | Total Compensable Disbursements: | $1,164.03 |
| Total Non-Compensable Disbursements: | $3,900.00 | Total Non-Compensable Disbursements: | $3,900.00 |
| Total Comp/Non Comp Disbursements: | $5,064.03 | Total Comp/Non Comp Disbursements: | $5,064.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | | |
|---|---|---|
| **Case No.** | 14-00494-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** | SKIADOPOULOS, DENNIS | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***2157 | **Checking Acct #:** ******9401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 1/8/2014 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 6/30/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,601.00 | $5,064.03 | $536.97 |

| **For the period of 1/8/2014 to 6/30/2015** | | **For the entire history of the case between 01/08/2014 to 6/30/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,601.00 | Total Compensable Receipts: | $5,601.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,601.00 | Total Comp/Non Comp Receipts: | $5,601.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,164.03 | Total Compensable Disbursements: | $1,164.03 |
| Total Non-Compensable Disbursements: | $3,900.00 | Total Non-Compensable Disbursements: | $3,900.00 |
| Total Comp/Non Comp Disbursements: | $5,064.03 | Total Comp/Non Comp Disbursements: | $5,064.03 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 14-00494-JBS | | | | | | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | | | | | | | | Date: | 6/30/2015 |
| Claims Bar Date: | 12/17/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | BKASSETS.COM LLC<br><br>216 N. Center St.<br>Mesa AZ 85201 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $1,115.10 | $1,115.10 | $0.00 | $0.00 | $0.00 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $425.25 | $0.00 | $0.00 | $0.00 | $425.25 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $2.76 | $0.00 | $0.00 | $0.00 | $2.76 |
| 1 | U.S. FOODSERVICE, INC.<br><br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Wiscons 53212 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,824.70 | $0.00 | $0.00 | $0.00 | $1,824.70 |

**Claim Notes:** (1-1) judgment

| 2 | INTERNAL REVENUE SERVICE<br><br>Dept of the Treasury<br>PO Box 7346<br>Philadelphia PA 19101 | Claims of Governmental Units | Allowed | 5800-000 | $5,333.77 | $0.00 | $0.00 | $0.00 | $5,333.77 |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MIDLAND CREDIT MANAGEMENT, INC.<br><br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,772.27 | $0.00 | $0.00 | $0.00 | $8,772.27 |

**Claim Notes:** (3-1) 11-2247245

| 4 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No.: | 14-00494-JBS | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | | | | | | | | Date: 6/30/2015 |
| Claims Bar Date: | 12/17/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. Box 64338 Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $1,501.91 | $0.00 | $0.00 | $0.00 | $1,501.91 |
| 5a | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. Box 64338 Chicago IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $113.52 | $0.00 | $0.00 | $0.00 | $113.52 |
| 6 | ZEPOLE RESTAURANT SUPPLY CO c/o Gini Marziani Davis McGrath 125 S Wacker Dr #1700 Chicago IL 60606 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $86,697.12 | $0.00 | $0.00 | $0.00 | $86,697.12 |

**Claim Notes:** Claim No. 6, filed herein as a secured claim in the amount of $86,697.12 by Zepole Restaurant Supply Co., is hereby disallowed as a secured claim and allowed in full as a general unsecured claim against this estate.

|  |  |  |  |  | **$105,786.40** | **$1,115.10** | **$0.00** | **$0.00** | **$104,671.30** |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | |
|---|---|
| **Case No.** 14-00494-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** SKIADOPOULOS, DENNIS | **Date:** 6/30/2015 |
| **Claims Bar Date:** 12/17/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Auctioneer for Trustee Fees (including buyers premiums) | $1,115.10 | $1,115.10 | $1,115.10 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $6,835.68 | $6,835.68 | $0.00 | $0.00 | $0.00 | $6,835.68 |
| General Unsecured § 726(a)(2) | $97,407.61 | $97,407.61 | $0.00 | $0.00 | $0.00 | $97,407.61 |
| Trustee Compensation | $425.25 | $425.25 | $0.00 | $0.00 | $0.00 | $425.25 |
| Trustee Expenses | $2.76 | $2.76 | $0.00 | $0.00 | $0.00 | $2.76 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 14-00494
Case Name: DENNIS SKIADOPOULOS
Trustee Name: David P. Leibowitz

Balance on hand: $536.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $536.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $425.25 | $0.00 | $425.25 |
| David P. Leibowitz, Trustee Expenses | $2.76 | $0.00 | $2.76 |

Total to be paid for chapter 7 administrative expenses: $428.01
Remaining balance: $108.96

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $108.96

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,835.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $5,333.77 | $0.00 | $85.02 |
| 5 | Illinois Department of Revenue | $1,501.91 | $0.00 | $23.94 |

**UST Form 101-7-TFR (5/1/2011)**

|   | Bankruptcy Section |   |   |   |
|---|---|---|---|---|

|   |   |
|---|---|
| Total to be paid to priority claims: | $108.96 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $97,407.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | U.S. Foodservice, Inc. | $1,824.70 | $0.00 | $0.00 |
| 3 | Midland Credit Management, Inc. | $8,772.27 | $0.00 | $0.00 |
| 4 | Illinois Department of Revenue Bankruptcy Section | $0.00 | $0.00 | $0.00 |
| 5a | Illinois Department of Revenue Bankruptcy Section | $113.52 | $0.00 | $0.00 |
| 6 | Zepole Restaurant Supply Co | $86,697.12 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**