**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00494 |
| | § | |
| DENNIS SKIADOPOULOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/25/2015, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/30/2015          By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00494 |
| | § | |
| DENNIS SKIADOPOULOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,601.00
*and approved disbursements of*     $5,064.03
*leaving a balance on hand of[1]:*     $536.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $536.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $425.25 | $0.00 | $425.25 |
| David P. Leibowitz, Trustee Expenses | $2.76 | $0.00 | $2.76 |

Total to be paid for chapter 7 administrative expenses:     $428.01
Remaining balance:     $108.96

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $108.96

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,835.68 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $5,333.77 | $0.00 | $85.02 |
| 5 | Illinois Department of Revenue Bankruptcy Section | $1,501.91 | $0.00 | $23.94 |

|  |  |
|---|---|
| Total to be paid to priority claims: | $108.96 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $97,407.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | U.S. Foodservice, Inc. | $1,824.70 | $0.00 | $0.00 |
| 3 | Midland Credit Management, Inc. | $8,772.27 | $0.00 | $0.00 |
| 4 | Illinois Department of Revenue Bankruptcy Section | $0.00 | $0.00 | $0.00 |
| 5a | Illinois Department of Revenue Bankruptcy Section | $113.52 | $0.00 | $0.00 |
| 6 | Zepole Restaurant Supply Co | $86,697.12 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                          Case No. 14-00494-JBS
Dennis Skiadopoulos                                             Chapter 7
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 2                   Date Rcvd: Jul 30, 2015
                              Form ID: pdf006             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2015.
db             +Dennis Skiadopoulos,    9964 W 153rd Street,    Unit 2E,   Orland Park, IL 60462-3241
21399270       +Alpha Baking Company,    5001 W Polk St,   Chicago, IL 60644-5249
21399271       +Burke Costanza & Carberry,    225 W. Washington,    Ste. 220,   Chicago, IL 60606-3483
21399272       +Cary G. Schiff and Assoc.,    134 N. LaSalle #712,    Chicago, IL 60602-1005
21399274       +Coca Cola,   2500 Windy Ridge Parkway,    Atlanta, GA 30339-8429
21399276       +Country Mutual Insurance Company,    POB 2100,   Bloomington, IL 61702-2100
21399278       +EZ Spuds,   2223 Washington St,   Evanston, IL 60202-1599
21399277       +Eos Cca,   700 Longwater Driv,   Norwell, MA 02061-1624
21399279       +Flair Tower,   222 W. Erie,   Chicago, IL 60654-4833
21399280       +Freed Anselmo Lindberg LLC,    POB 3228,   Naperville, IL 60566-3228
21399282       +Gini S. Marziani,    Davis McGrapth LLC,   125 S. Wacker Drive, Ste. 1700,
                 Chicago, IL 60606-4478
21399283       +Grecian Delight,    1201 Tonne Rd,   Elk Grove Village, IL 60007-4925
21399284      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
               (address filed with court:  Illinois Department of Revenue,    POB 19035,
                 Springfield, IL 62794)
21399285       +Illinois Department of Revenue,    POB 19006,   Springfield, IL 62794-9006
21399287       +James F. Dunneback PC,   14475 John Humphrey,    Orland Park, IL 60462-6205
21399288       +Landis Arnold,   77 W. Washington,   #702,   Chicago, IL 60602-3267
21399289       +Maxim Mortgage Corporation,    1431 Opus Place,   Ste. 418,   Downers Grove, IL 60515-1166
22502428       +Midland Credit Management, Inc.,    as agent for Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
21399291       +Spinak Levinson & Assoc,   134 N. LaSalle,   #700,   Chicago, IL 60602-1004
22404416       +U.S. Foodservice, Inc.,   c/o Kohner, Mann & Kailas, S.C.,    4650 North Port Washington Road,
                 Milwaukee, Wisconsin 53212-1077
21399293       +Vienna Beef,   2501 N Damen Ave,   Chicago, IL 60647-2101
21399294       +Zepole Restaurant Supply Co,    c/o Gini Marziani Davis McGrath,    125 S Wacker Dr #1700,
                 Chicago, IL 60606-4478

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21399269       +E-mail/PDF: recoverybankruptcy@afninet.com Jul 31 2015 00:52:58     Afni,    Po Box 3097,
                 Bloomington, IL 61702-3097
21399275       +E-mail/Text: legalcollections@comed.com Jul 31 2015 00:52:10     ComEd,    POB 6111,
                 Carol Stream, IL 60197-6111
21399286       +E-mail/Text: cio.bncmail@irs.gov Jul 31 2015 00:50:25     INTERNAL REVENUE SERVICE,
                 Dept of the Treasury,   PO Box 7346,   Philadelphia, PA 19101-7346
22622749        E-mail/Text: rev.bankruptcy@illinois.gov Jul 31 2015 00:51:06
                 Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
21399290       +Fax: 407-737-5634 Jul 31 2015 01:21:01     Ocwen Loan Servicing, LLC,
                 ATTN: Escrow Department,   POB 24737,   West Palm Beach, FL 33416-4737
21399292       +E-mail/Text: ebn.bankruptcy@usfoods.com Jul 31 2015 00:51:35     US Foods,
                 9399 West Higgins Road,   Ste. 500,   Des Plaines, IL 60018-4992
                                                                                             TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            BKAssets.com, LLC
aty            David Birdsell
21399273      ##+Ciccone Foods,   40 W Fullerton Ave,   Addison, IL 60101-3712
21399281      ##+Fulton Friedman & Gullace, LLP,    5 East Van Buren,   Ste. 214,   Joliet, IL 60432-4224
                                                                                  TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Jul 30, 2015
                              Form ID: pdf006             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2015 at the address(es) listed below:

```
          Constantine Dean Matsas    on behalf of Debtor Dennis  Skiadopoulos cdmatsas@matsaslaw.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Gini S. Marziani    on behalf of Creditor   Zepole Restaurant Supply, Co.
           gsmarziani@davismcgrath.com,  mjoseph@davismcgrath.com,lmiller@davismcgrath.com
          Jose G Moreno    on behalf of Creditor   HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE
           SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERED HOLDERS OF ACE SECURITIES CORP.
           HOME EQUITY LOAN TRUST, SERIES 2006-ASAP5, ASSET BACKED nd-one@il.cslegal.com
          Mona  Naser    on behalf of Creditor   Zepole Restaurant Supply, Co. mnaser@davismcgrath.com,
           mnaserlaw@gmail.com
          Mona  Naser    on behalf of Plaintiff   Zepole Restaurant Supply Co. mnaser@davismcgrath.com,
           mnaserlaw@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```