**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-00494 |
| | § | |
| DENNIS SKIADOPOULOS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $146,000.00 | Assets Exempt: | $5,400.00 |
| Total Distributions to Claimants: | $108.96 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,592.04 | | |

3) Total gross receipts of $5,601.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,900.00 (see **Exhibit 2**), yielded net receipts of $1,701.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $300,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,592.04 | $1,592.04 | $1,592.04 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $6,835.68 | $6,835.68 | $108.96 |
| General Unsecured Claims (from **Exhibit 7**) | $58,426.00 | $97,407.61 | $97,407.61 | $0.00 |
| **Total Disbursements** | $358,426.00 | $105,835.33 | $105,835.33 | $1,701.00 |

    4). This case was originally filed under chapter 7 on 01/08/2014. The case was pending for 22 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2015                        By:   /s/ David P. Leibowitz
                                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2012 Ducati Monstor Motorcycle | 1129-000 | $5,601.00 |
| **TOTAL GROSS RECEIPTS** | | $5,601.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| DENNIS SKIADOPOULOS | Exemptions | 8100-002 | $3,900.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,900.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing, LLC | 4110-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| | Ocwen Loan Servicing, LLC | 4110-000 | $150,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $300,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $425.25 | $425.25 | $425.25 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.76 | $2.76 | $2.76 |
| Green Bank | 2600-000 | NA | $48.93 | $48.93 | $48.93 |
| BKASSETS.COM LLC, Auctioneer for Trustee | 3610-000 | NA | $1,115.10 | $1,115.10 | $1,115.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,592.04 | $1,592.04 | $1,592.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $5,333.77 | $5,333.77 | $85.02 |
| 5 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | $0.00 | $1,501.91 | $1,501.91 | $23.94 |
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$6,835.68** | **$6,835.68** | **$108.96** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Foodservice, Inc. | 7100-000 | $0.00 | $1,824.70 | $1,824.70 | $0.00 |
| 3 | Midland Credit Management, Inc. | 7100-000 | $0.00 | $8,772.27 | $8,772.27 | $0.00 |
| 4 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5a | Illinois Department of Revenue Bankruptcy Section | 7100-000 | $0.00 | $113.52 | $113.52 | $0.00 |
| 6 | Zepole Restaurant Supply Co | 7100-000 | $0.00 | $86,697.12 | $86,697.12 | $0.00 |
| | Afni | 7100-000 | $3,082.00 | $0.00 | $0.00 | $0.00 |
| | Afni | 7100-000 | $3,082.00 | $0.00 | $0.00 | $0.00 |
| | Alpha Baking Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Burke Costanza & Carberry | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Burke Costanza | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| & Carberry |  |  |  |  |  |
| Cary G. Schiff and Assoc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cary G. Schiff and Assoc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ciccone Foods | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Ciccone Foods supplies. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Coca Cola | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Coca Cola | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ComEd | 7100-000 | $194.00 | $0.00 | $0.00 | $0.00 |
| ComEd | 7100-000 | $194.00 | $0.00 | $0.00 | $0.00 |
| Country Mutual Insurance Company | 7100-000 | $228.00 | $0.00 | $0.00 | $0.00 |
| Eos Cca | 7100-000 | $565.00 | $0.00 | $0.00 | $0.00 |
| EZ Spuds | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Flair Tower | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Freed Anselmo Lindberg LLC | 7100-000 | $1,421.00 | $0.00 | $0.00 | $0.00 |
| Fulton Friedman & Gullace, LLP | 7100-000 | $8,246.00 | $0.00 | $0.00 | $0.00 |
| Gini S. Marziani | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Grecian Delight | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| James F. Dunneback PC | 7100-000 | $1,340.00 | $0.00 | $0.00 | $0.00 |
| Landis Arnold | 7100-000 | $10,074.00 | $0.00 | $0.00 | $0.00 |
| Maxim Mortgage Corporation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Spinak Levinson & Assoc | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| Vienna Beef | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $58,426.00 | $97,407.61 | $97,407.61 | $0.00 |

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Date Filed (f) or Converted (c): | 01/08/2014 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 12/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Location: 14738 Lakeview Drive, Orland Park IL 60462 Said real estate in foreclosure and amount of secured claim is debtor's best estimate. | $146,000.00 | $0.00 | | $0.00 | FA |
| 2  Cash on hand | $50.00 | $0.00 | | $0.00 | FA |
| 3  Checking account with Chase Bank Chicago, IL Said account subject to garnishment by creditor: Zepole Restaurant Supply Company | $0.00 | $0.00 | | $0.00 | FA |
| 4  Misc. Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 5  Misc. wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 6  Bulova Watch | $300.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Date Filed (f) or Converted (c): | 01/08/2014 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 12/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 7 | 100% memebership interest in BJC Group LLC., Illinois Limited Liability Company utilized by debtor as manager and investor in restaurant business. Said entity has the following investor interest: A. 5% in Burger Joint Chicago Bar & Grill, LLC; B. 100% in Burger Joint Franklin, LLC.; C. 100% in Burger Joint Chicago, LLC. All said entities are Illinois Limited Liability Companies. Only Burger Joint Chicago Bar & Grill, LLC remains operating and is debtor's employer. Debtor estimates his interset in BJC Group, LLC has no value as said entity owns no assets, other than having the aforesaid membership interest. As noted above, only Burger Joint Chicago Bar & Grill remains operating, in which debtor's BJC Group LLC, has a 5% interest, which said Burger Joint Chicago Bar & Grill has outstanding liabilites that exceed its asset value, which essentially amounts to used restaurant equipment. Said Burger Joint Chicago Bar & Grill operates at 500 W. Madison, Chicago, Illinois. Debtor employed by B | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 2012 Ducati Monstor Motorcycle | $3,900.00 | $0.00 | | $5,601.00 | FA |
| 9 | 2003 Kawasaki Z1000 Motorcycle approx. 26,000 miles | $450.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $151,400.00 | $0.00 | | $5,601.00 | $0.00 |

**Major Activities affecting case closing:**

06/30/2015     TFR submitted to UST 6/30/15

**FORM 1**

Page No: 3

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Date Filed (f) or Converted (c): | 01/08/2014 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 02/26/2014 |
| | | Claims Bar Date: | 12/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 05/19/2015 | Notice of Hearing and Objection to Claim(s) 6 of Zepole Restaurant Supply Co. Filed by David P Leibowitz ESQ on behalf of David P Leibowitz ESQ. Hearing scheduled for 6/29/2015 |
| 10/15/2014 | FILE REPORT OF SALE |
| 06/19/2014 | 341 - Need to see balance sheet/tax returns and any operating agreement for the burger joint, 2012 Ducage located in Scotts dale AZ, DPL wants the keys. Address on Tape. DPL would like to pick up and sale. |
| | First Avenue and Adams - will open up reasturant |
| | Want to do 2004 Exam on Haggerty (500 W. Madison) |
| | Do a 2004 exam in Arizona to inspect property to check equiptment |
| 05/08/2014 | Continued to 5/29/14 for time to review case and make a determination. |
| 03/27/2014 | Status - 4/29 |
| 03/06/2014 | Dennis Skiadopoulos 708-516-8899 |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/30/2015 | | DAVID LEIBOWITZ |

FORM 2

Page No: 1

Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-00494-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SKIADOPOULOS, DENNIS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2157 | Checking Acct #: | ******9401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/8/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2014 | (8) | BKASSETS.COM, LLC | Sell of Motorcycle | 1129-000 | $5,601.00 | | $5,601.00 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.08 | $5,596.92 |
| 10/16/2014 | 3001 | BKASSETS.COM LLC | Commission due on the sale of Ducati Motorcycle and pursuant to order entered 9/11/14 Docket No. 43 | 3610-000 | | $1,115.10 | $4,481.82 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $9.44 | $4,472.38 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.51 | $4,465.87 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $7.20 | $4,458.67 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $7.42 | $4,451.25 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.48 | $4,444.77 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.94 | $4,437.83 |
| 04/08/2015 | 3002 | DENNIS SKIADOPOULOS | Exemption Claimed by Debtor for 2012 Ducati Motorcycle | 8100-002 | | $3,900.00 | $537.83 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $0.86 | $536.97 |
| 08/25/2015 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $425.25 | $111.72 |
| 08/25/2015 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.76 | $108.96 |
| 08/25/2015 | 3005 | INTERNAL REVENUE SERVICE | Claim #: 2; Amount Claimed: 5,333.77; Amount Allowed: 5,333.77; Distribution Dividend: 1.59; | 5800-000 | | $85.02 | $23.94 |
| 08/25/2015 | 3006 | Illinois Department of Revenue Bankruptcy | Claim #: 5; Amount Claimed: 1,501.91; Amount Allowed: 1,501.91; Distribution Dividend: 1.59; | 5800-000 | | $23.94 | $0.00 |
| | | | TOTALS: | | $5,601.00 | $5,601.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,601.00 | $5,601.00 | |
| | | | Less: Payments to debtors | | $0.00 | $3,900.00 | |
| | | | Net | | $5,601.00 | $1,701.00 | |

| For the period of 1/8/2014 to 11/30/2015 | | For the entire history of the account between 09/15/2014 to 11/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,601.00 | Total Compensable Receipts: | $5,601.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,601.00 | Total Comp/Non Comp Receipts: | $5,601.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,701.00 | Total Compensable Disbursements: | $1,701.00 |
| Total Non-Compensable Disbursements: | $3,900.00 | Total Non-Compensable Disbursements: | $3,900.00 |
| Total Comp/Non Comp Disbursements: | $5,601.00 | Total Comp/Non Comp Disbursements: | $5,601.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 14-00494-JBS | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | SKIADOPOULOS, DENNIS | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2157 | | **Checking Acct #:** | ******9401 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 1/8/2014 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 11/30/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,601.00 | $5,601.00 | $0.00 |

| For the period of 1/8/2014 to 11/30/2015 | | For the entire history of the case between 01/08/2014 to 11/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,601.00 | Total Compensable Receipts: | $5,601.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,601.00 | Total Comp/Non Comp Receipts: | $5,601.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,701.00 | Total Compensable Disbursements: | $1,701.00 |
| Total Non-Compensable Disbursements: | $3,900.00 | Total Non-Compensable Disbursements: | $3,900.00 |
| Total Comp/Non Comp Disbursements: | $5,601.00 | Total Comp/Non Comp Disbursements: | $5,601.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ